# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5184
_____

B. S.,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Michael G. Allen, Judge.

June 15, 2018

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and MAKAR and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jason Zandecki, Palm Harbor, for Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee, Morgan Lyle Weinstein, Weinstein Law, P.A., Hollywood, and Thomasina Moore, Guardian ad Litem Program, Sanford, for Appellee.